IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERARD POTTS, | : | Civil No. 3:23-cv-1835 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| JERRY NOTARIANNI, DEBI DOMENICK, ESQ., CHRIS CHERMAK, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 13th day of November, 2023 upon preliminary consideration of Plaintiff's complaint (Doc. 1), and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The complaint (Doc. 1) is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i), (ii) and 28 U.S.C. § 1915A(b)(1).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge